UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20759-CIV-UNGARO/O'SULLIVAN

MARKEISHA JENKINS, et al.,
    Plaintiff,
v.
UNITED STATES OF AMERICA,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendant's Motion to Compel Production of Documents and Answers to Interrogatories (DE # 47, 11/7/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the Defendant's Motion to Compel Production of Documents and Answers to Interrogatories (DE # 47, 11/7/07) is GRANTED. The plaintiff shall respond to the subject discovery requests on or before December 24, 2007.

DONE and ORDERED, in chambers, in Miami, Florida, this 11th day of December, 2007.

*[signature]*
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro
All Counsel and Pro Se Parties of record

Sent by Chambers to:
Markeisha Jenkins, pro se
1848 NW 42nd Street
Miami, FL 33142